| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Vito J. Pizzo,<br><br>**Debtor 1** | Chapter 7<br><br>Case No. 5:20−bk−02417−RNO |

## Notice

Pursuant to Bankruptcy Rules 1007 and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

**Reminder: 108 – Statement of Intention for Individuals Filing Under Chapter 7.**
If you are an individual filing under Chapter 7, you must fill out this form if: **\*creditors have claims secured by your property, or \*you have leased personal property and the lease has not expired.
Due within thirty (30) Days After the filing of petition, <u>or</u> on or before the date of the meeting of creditors, whichever is earlier.**

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information.
- 106Dec – Declaration About an Individual Debtor's Schedules.
- 106A/B – Schedule A/B: Property.
- 106C – Schedule C: The Property You Claim as Exempt.
- 106D – Schedule D: Creditors Who Have Claims Secured by Property.
- 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 106G – Schedule G: Executory Contracts and Unexpired Leases.
- 106H – Schedule H: Your Codebtors.
- 106I – Schedule I: Your Income.
- 106J – Schedule J: Your Expenses:
- 107 – Statement of Financial Affairs for Individuals Filing for Bankruptcy.
- Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). <u>Social Security Number should be redacted</u>.
- 122A−1 – Chapter 7 Statement of Your Current Monthly Income.
- 122A−1 Supp – Statement of Exemption from Presumption of Abuse Under Section 707(b)(2).
- 122A−2 – Chapter 7 Means Test Calculation.
- 2030 – Disclosure of Compensation of Attorney for Debtor.

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 13, 2020 |

ntdeffil (Notice of Deficient Filing) (12/18)