## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Vito J. Pizzo            BK NO. 20-02417 RNO

          Debtor(s)

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ James C. Warmbrodt
                        _____
                        James Warmbrodt
                        21 Aug 2020, 16:54:42, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322