# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 7 |
| Debtor | Robert N. Opel, II, B.J. |

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH FILE MISSING DOCUMENTS

AND NOW, comes the Debtor herein by and through counsel, Brian E. Manning Esquire, and files the following Motion and in support thereof alleges:

1. The above case was commenced by the filing of a Voluntary petition under Chapter 7 of the United States Bankruptcy Code on August 12, 2020.

2. Debtor has been working diligently to provide counsel with the information needed to complete the necessary documentation to complete the instant filing but requires additional time in which to compile the information. Debtor needs to complete and file all documents except for the Petition.

3. Debtor believes that the missing documents can be completed by September 20, 2020.

4. The Debtor has made no previous request for an extension of time in which to file said documents.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting the Debtor an extension of time in which to file the missing documents until September 20, 2020.

        Respectfully Submitted
        **Law Offices of Brian E. Manning**
        /s/ Brian E. Manning
        Brian E. Manning, Esquire
        502 S. Blakely, St., Suite B
        Dunmore, PA 18512
        Tel. 570-558-1126
        Fax 866-559-9808

Dated: August 26, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 7 |
| Debtor | John J. Thomas, B.J. |

## ORDER GRANTING DEBTOR'S FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MISSING DOCUMENTS

And now upon consideration of the Motion of the Debtor and after service having been made upon the Office of the United States Trustee and the Chapter 7 Trustee, with no answers or objections having been filed to the motion and good cause having been demonstrated by the Debtor to warrant the relief requested, it is hereby

ORDERED and DECREED that the Debtor's Motion is GRANTED and the time in which to file the missing missing documents is extended until September 20, 2020.