```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 20-02417-RNO
Vito J. Pizzo                                                       Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke              Page 1 of 2           Date Rcvd: Sep 21, 2020
                               Form ID: ntsempas            Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
```
db              Vito J. Pizzo,   511 Harrison Ave,   Scranton, PA 18510-2311
5351392         Amato & Keating,   107 N Commerce Way,   Bethlehem, PA 18017-8913
5356101         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
5351393         Amex,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX 79998-1540
5351394         Amex,   PO Box 981537,   El Paso, TX 79998-1537
5351395         Bank Cs LLC/Fidelity D,   101 N Blakely St,   Dunmore, PA 18512-1901
5351396        ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    PO Box 55848,   Sherman Oaks, CA 91413-0848)
5351402         Fay Servicing LLC,   Attn: Bankruptcy Dept,   PO Box 809441,   Chicago, IL 60680-9441
5351403        +Fayfinancial,   1601 Lyndon B Johnson Fwy,   Farmers Branch, TX 75234-6512
5351391         Law Office of Brian E Manning,   502 S Blakely St,   Dunmore, PA 18512-2237
5351404         Manley Deas Kochalski, LLC,   PO Box 165028,   Columbus, OH 43216-5028
5351405         Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
5351406         Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Dr,   Nottingham, MD 21236-5904
5351407         Midland Credit Managem,   320 E Big Beaver Rd,   Troy, MI 48083-1238
5351390         Pizzo Vito J,   511 Harrison Ave,   Scranton, PA 18510-2311
5351410         Raymour & Flanigan,   Attn: Bankruptcy,   PO Box 130,   Liverpool, NY 13088-0130
5351413         Tdrcs/raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
5351414        +The Sherwin Williams Co.,   811 S Washington Ave,   Scranton, PA 18505-3895
5351415         US Bank Trust National Association,   3476 Stateview Blvd,   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2020 19:34:27
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5351397         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2020 19:34:27    Capital One,
                 Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
5353533         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2020 19:34:36
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
5351398         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2020 19:34:26
                 Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT 84130-0281
5353707        +E-mail/Text: mrdiscen@discover.com Sep 21 2020 19:31:48    Discover Bank,
                 Discover Product Inc,   PO BOX 3025,   New Albany, OH 43054-3025
5351399         E-mail/Text: mrdiscen@discover.com Sep 21 2020 19:31:48    Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
5351400         E-mail/Text: mrdiscen@discover.com Sep 21 2020 19:31:48    Discover Financial,
                 Attn: Bankruptcy,   PO Box 3025,   New Albany, OH 43054-3025
5351401         E-mail/Text: bknotice@ercbpo.com Sep 21 2020 19:31:57    Enhanced Recovery Co L,
                 PO Box 57547,   Jacksonville, FL 32241-7547
5352450         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2020 19:34:29    LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5351408         E-mail/PDF: cbp@onemainfinancial.com Sep 21 2020 19:34:17    Onemain,   PO Box 1010,
                 Evansville, IN 47706-1010
5351409         E-mail/PDF: cbp@onemainfinancial.com Sep 21 2020 19:34:38    Onemain Financial,
                 Attn: Bankruptcy,   PO Box 3251,   Evansville, IN 47731-3251
5352664         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2020 19:31:53
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
5351411         E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2020 19:34:15    Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
5351729        +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2020 19:34:15    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5351412         E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2020 19:34:16    Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
                                                                                           TOTAL: 15

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

```
          Brian E Manning    on behalf of Debtor 1 Vito J. Pizzo BrianEManning@comcast.net,
           G17590@notify.cincompass.com
          James   Warmbrodt    on behalf of Creditor    US Bank Trust National Association, Not In Its
           Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com
          John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Vito J. Pizzo

**Debtor 1**

**Debtor(s)**

Chapter: 7

Case number: 5:20–bk–02417–RNO

Document Number: 15

Matter: Motion to Convert Case

| **Notice** |
| :--- |

Notice is hereby given that:

This Bankruptcy Petition was filed on August 12, 2020.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes–Barre, PA 18701** | **Date: 10/14/20** **Time: 09:30 AM** |
| :--- | :--- |

Any objection/response to the above referenced matter must be filed and served on or before **October 5, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 21, 2020 |

ntsempas(05/18)