# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 7 |
| Debtor | Robert N. Opel, II, B.J. |

## AMENDED THIRD MOTION FOR EXTENSION OF TIME IN WHICH FILE MISSING DOCUMENTS

AND NOW, comes the Debtor herein by and through counsel, Brian E. Manning Esquire, and files the following Motion and in support thereof alleges:

1. The above case was commenced by the filing of a Voluntary petition under Chapter 7 of the United States Bankruptcy Code on August 12, 2020.

2. Debtor has been working diligently to provide counsel with the information needed to complete the necessary documentation to complete the instant filing but requires additional time in which to compile the information. Debtor needs to complete and file all documents except for the Petition.

3. Debtor believes that the missing documents can be completed by October 15, 2020.

4. The Debtor has made 2 previous requests for an extension of time in which to file said documents. Said extension expires on September 30, 2020.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting the Debtor an extension of time in which to file the missing documents until October 15, 2020.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: September 30, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 7 |
| Debtor | John J. Thomas, B.J. |

## ORDER GRANTING DEBTOR'S AMENDED THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MISSING DOCUMENTS

And now upon consideration of the Motion of the Debtor and after service having been made upon the Office of the United States Trustee and the Chapter 7 Trustee, with no answers or objections having been filed to the motion and good cause having been demonstrated by the Debtor to warrant the relief requested, it is hereby

ORDERED and DECREED that the Debtor's Motion is GRANTED and the time in which to file the missing missing documents is extended until October 15, 2020.