United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Vito J. Pizzo  
    Debtor(s)

Case No. 20-02417-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 09, 2020     Form ID: pdf010     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Vito J. Pizzo, 511 Harrison Ave, Scranton, PA 18510-2311 |
| 5351392 | | Amato & Keating, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 5356101 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5351394 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5351393 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5351395 | | Bank Cs LLC/Fidelity D, 101 N Blakely St, Dunmore, PA 18512-1901 |
| 5351396 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5351402 | | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 5351403 | + | Fayfinancial, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 5351391 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5351404 | | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 5351405 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351406 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351407 | | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5351390 | | Pizzo Vito J, 511 Harrison Ave, Scranton, PA 18510-2311 |
| 5351410 | | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5363034 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5351413 | | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 5351414 | + | The Sherwin Williams Co., 811 S Washington Ave, Scranton, PA 18505-3895 |
| 5351415 | | US Bank Trust National Association, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 19:22:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5351397 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 19:22:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5353533 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 19:22:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5351398 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 19:22:28 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5353707 | + | Email/Text: mrdiscen@discover.com | Oct 09 2020 19:14:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5351399 | | Email/Text: mrdiscen@discover.com | Oct 09 2020 19:14:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5351400 | | Email/Text: mrdiscen@discover.com | Oct 09 2020 19:14:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5351401 | | Email/Text: bknotice@ercbpo.com | | |

| | | | |
|---|---|---|---|
| | | Oct 09 2020 19:14:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5352450 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 19:22:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5351408 | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 19:22:29 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5351409 | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 19:22:39 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5352664 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2020 19:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5351411 | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 19:22:19 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5351729 + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 19:22:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5351412 | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 19:22:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Vito J. Pizzo BrianEManning@comcast.net G17590@notify.cincompass.com |
| James Warmbrodt | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

VITO J. PIZZO

Debtor 1

Chapter: 7

Case No.: 5-20-bk-02417 RNO

Document No.: 15

Nature of Proceeding: Motion to Convert Case

## ORDER TO APPEAR AND SHOW CAUSE

After due consideration of the Motion to Convert Case to Chapter 13 ("Motion") filed on September 18, 2020, the Court makes the following findings:

1. The Chapter 7 case was commenced on August 12, 2020, no schedules or statements were filed with the petition.

2. The required filing date for schedules and statements was extended until September 30, 2020.

3. The Court cannot determine whether or not there are grounds to grant the Motion without filed schedules and statements. *In re Wood*, 601 B.R. 754 (Bankr. W.D. Ky. 2019); *In re Campbell*, 598 B.R. 775 (Bankr. M.D. Pa. 2019).

4. The Court cannot determine whether or not there are grounds to grant the Motion without the Debtor filing a proposed Chapter 13 plan as an exhibit to the docket.

5. A hearing on the Motion is presently scheduled for October 14, 2020, at 9:30 a.m.

6. A hearing is presently scheduled for October 29, 2020, at 9:30 a.m., regarding the Debtor's Amended Third Motion for an Extension of Time to File Schedules, Statements and Other Documents, to which the Office of the United States Trustee has lodged objections.

Based upon the above findings, it is

Order – Blank without Parties - Revised 04/18

ORDERED that the Debtor show cause why the Motion should not be denied unless the Debtor takes the following action; and,

FURTHER ORDERED that on or before October 15, 2020, the Debtor must file all required schedules, statements and other documents required pursuant to § 521 of the Bankruptcy Code; and,

FURTHER ORDERED that on or before October 15, 2020, the Debtor must file to the docket as an exhibit a proposed Chapter 13 plan; and,

FURTHER ORDERED that the hearing on the Motion is continued to October 29, 2020, at 9:30 a.m., Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Dated: October 9, 2020        By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)