# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br><br>VITO J. PIZZO<br><br>Debtor | Case No. 5-20-022417<br><br>Chapter 7 |

## CERTIFICATION OF NO PAYMENT ADVICES

I, <u>Vito J. Pizzo</u>, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain): <u>I</u>

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

<u>/s/ Vito J. Pizzo</u>
Debtor

_____
Joint Debtor

Dated: October 14, 2020