United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                         Case No. 20-02417-RNO
Vito J. Pizzo                            Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                                  Page 1 of 1
Date Rcvd: Oct 27, 2020                 Form ID: pdf010                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Vito J. Pizzo, 511 Harrison Ave, Scranton, PA 18510-2311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Vito J. Pizzo BrianEManning@comcast.net G17590@notify.cincompass.com |
| James Warmbrodt | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 13 |
| Debtor | Robert N. Opel, II, B.J. |

## ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO CHAPTER 13

AND NOW, upon consideration of the Motion of the Debtor to Convert to Chapter 13, the Motion is GRANTED and the case is converted to a proceeding under Chapter 13.

Dated: October 27, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (PAR)