United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Vito J. Pizzo  
    Debtor

Case No. 20-02417-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 13, 2021      Form ID: ntcnfhrg      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Vito J. Pizzo, 511 Harrison Ave, Scranton, PA 18510-2311 |
| 5351392 | | Amato & Keating, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 5356101 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5351393 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5351394 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5351395 | | Bank Cs LLC/Fidelity D, 101 N Blakely St, Dunmore, PA 18512-1901 |
| 5351396 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5351402 | | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 5351403 | + | Fayfinancial, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 5351391 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5371037 | + | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 5351404 | | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 5351405 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351406 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351407 | | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5372416 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5351390 | | Pizzo Vito J, 511 Harrison Ave, Scranton, PA 18510-2311 |
| 5351410 | | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5363034 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5351413 | | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 5351414 | + | The Sherwin Williams Co., 811 S Washington Ave, Scranton, PA 18505-3895 |
| 5374321 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5351415 | | US Bank Trust National Association, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 5383409 | | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2021 19:14:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5351397 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 19:14:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5353533 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 19:15:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5351398 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 19:15:18 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5353707 | + | Email/Text: mrdiscen@discover.com | Jan 13 2021 19:20:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5351399 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 19:20:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5351400 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 19:20:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5351401 | | Email/Text: bknotice@ercbpo.com | Jan 13 2021 19:21:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5352450 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2021 19:25:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367162 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2021 19:25:33 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5351408 | | Email/PDF: cbp@onemainfinancial.com | Jan 13 2021 19:15:15 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5351409 | | Email/PDF: cbp@onemainfinancial.com | Jan 13 2021 19:14:47 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5383343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2021 19:25:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5352664 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2021 19:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5351411 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 19:14:47 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5351729 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 19:15:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5351412 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 19:15:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5379006 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name**     **Email Address**

| | |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Vito J. Pizzo BrianEManning@comcast.net G17590@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Vito J. Pizzo, <br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:20−bk−02417−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 24, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 3, 2021 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 13, 2021 |

ntcnfhrg (03/18)