# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-20-02417 |
| VITO J. PIZZO | Chapter 13 |
| Debtor | |
| Movant | |
| v. | |
| US BANK TRUST NATIONAL ASSOCIATION | |
| Respondent | |

## DEBTOR'S REPLY TO MOTION FOR RELIEF OF US Bank Trust National Association

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and files the following Reply to the Motion for Relief and in support thereof alleges:

1. Admitted.

2. Admitted.

3. Admitted.

4. After reasonable investigation the answering party in without sufficient knowledge or information to form a belief as to the truth of the allegation. The same is therefore denied and strict proof is demanded at the time of hearing.

5. Admitted.

6. Denied as sated and strict proof is demanded at the time of hearing.

7. Denied as sated and strict proof is demanded at the time of hearing.

8. Denied as sated and strict proof is demanded at the time of hearing.

9. Denied as sated and strict proof is demanded at the time of hearing.

10. Denied as sated and strict proof is demanded at the time of hearing.

11. Denied as sated and strict proof is demanded at the time of hearing.

WHEREFORE, the Debtor respectfully requests that this Court enter an order denying the Motion for Relief without prejudice and granting the Debtor such other and further relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: April 21, 2021