UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VITO J. PIZZO : CHAPTER 13
    Debtor(s) :

JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :

vs. :

VITO J. PIZZO :
    Respondent(s) : CASE NO. 5-20-bk-02417

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of September, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 15, 2021 be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 2nd day of September, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brian Manning, Esquire
502 South Blakely Street
Dunmore, PA 18512

    /s/Deborah A. Behney
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee