IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: VITO J. PIZZO, | CHAPTER 13 |
| Debtor | CASE NO. 5:20-bk-02417-HWV |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Debtor.

                                                s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831