Certificate Number: 20102-PAM-DE-038555116

Bankruptcy Case Number: 20-02417


20102-PAM-DE-038555116

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>June 9, 2024</u>, at <u>8:09</u> o'clock <u>AM EDT</u>, <u>Vito Pizzo</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 9, 2024</u>            By:   <u>/s/Marcy Walter</u>

                                                        Name: <u>Marcy Walter</u>

                                                        Title: <u>President-Manager</u>