# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Vito J Pizzo

Case No.: 5-20-02417 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 19 |
| Last Four of Loan Number: | 6184 |
| Property Address if applicable: | 511 Harrison Ave |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $34,306.03 |
| b. | Prepetition arrearages paid by the trustee: | $34,306.03 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $34,306.03 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: October 16, 2025

    Respectfully submitted,

    /s/ Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    Fax:  (717) 566-8313
    email:  info@pamd13trustee.com

Case 5:20-bk-02417-HWV    Doc 100    Filed 10/16/25    Entered 10/16/25 07:10:14    Desc
Page 2 of 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Vito J Pizzo

Case No.: 5-20-02417 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 16, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Sabatini, Freeman LLC
216 North Blakely St
Dunmore PA 18512

**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Vito J Pizzo
511 Harrison Ave
Scranton PA 18510

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 16, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02417    VITO J. PIZZO

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA 92806-

**Acct No:** Harrison Ave - PRE-ARREARS
ARREARS - 511 HARRISON AVE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $93,409.00 | Debt: $34,306.03 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: $34,306.03 | Accrued Int: | $0.00 |
| | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/16/2025 | 9021078 | $29.28 | $0.00 | $29.28 | 09/16/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2025 | 9020930 | $696.31 | $0.00 | $696.31 | 08/18/2025 |
| 520-0 | FAY SERVICING, LLC | | 07/22/2025 | 2049455 | $696.30 | $0.00 | $696.30 | 07/29/2025 |
| 520-0 | FAY SERVICING, LLC | | 06/17/2025 | 2048478 | $664.52 | $0.00 | $664.52 | 06/26/2025 |
| 520-0 | FAY SERVICING, LLC | | 05/14/2025 | 2047508 | $664.52 | $0.00 | $664.52 | 05/27/2025 |
| 520-0 | FAY SERVICING, LLC | | 04/14/2025 | 2046590 | $664.52 | $0.00 | $664.52 | 04/22/2025 |
| 520-0 | FAY SERVICING, LLC | | 03/18/2025 | 2045686 | $664.52 | $0.00 | $664.52 | 03/26/2025 |
| 520-0 | FAY SERVICING, LLC | | 02/19/2025 | 2044736 | $664.52 | $0.00 | $664.52 | 02/27/2025 |
| 520-0 | FAY SERVICING, LLC | | 01/15/2025 | 2043786 | $664.52 | $0.00 | $664.52 | 01/28/2025 |
| 520-0 | FAY SERVICING, LLC | | 12/17/2024 | 2042831 | $664.52 | $0.00 | $664.52 | 01/03/2025 |
| 520-0 | FAY SERVICING, LLC | | 11/19/2024 | 2041928 | $664.52 | $0.00 | $664.52 | 11/29/2024 |
| 520-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040916 | $664.52 | $0.00 | $664.52 | 11/01/2024 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039905 | $1,993.56 | $0.00 | $1,993.56 | 09/26/2024 |
| 520-0 | FAY SERVICING, LLC | V | 09/05/2024 | 2036296 | ($664.52) | $0.00 | ($664.52) | 09/05/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038094 | $664.52 | $0.00 | $664.52 | 07/19/2024 |
| 520-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037252 | $664.52 | $0.00 | $664.52 | 06/27/2024 |
| 520-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036296 | $664.52 | $0.00 | $664.52 | 09/05/2024 |
| 520-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035301 | $664.52 | $0.00 | $664.52 | 04/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $1,329.04 | $0.00 | $1,329.04 | 03/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 02/14/2024 | 2033386 | $664.52 | $0.00 | $664.52 | 02/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031550 | $664.52 | $0.00 | $664.52 | 12/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030611 | $664.52 | $0.00 | $664.52 | 11/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $664.52 | $0.00 | $664.52 | 11/01/2023 |
| 520-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $1,398.38 | $0.00 | $1,398.38 | 09/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $699.19 | $0.00 | $699.19 | 08/16/2023 |
| 520-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026689 | $671.74 | $0.00 | $671.74 | 07/19/2023 |
| 520-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024810 | $671.75 | $0.00 | $671.75 | 05/24/2023 |
| 520-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023780 | $671.74 | $0.00 | $671.74 | 04/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022774 | $671.74 | $0.00 | $671.74 | 03/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021758 | $671.75 | $0.00 | $671.75 | 02/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020761 | $671.74 | $0.00 | $671.74 | 01/25/2023 |
| 520-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019775 | $671.74 | $0.00 | $671.74 | 12/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018815 | $671.75 | $0.00 | $671.75 | 12/16/2022 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017758 | $708.58 | $0.00 | $708.58 | 10/28/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016731 | $708.58 | $0.00 | $708.58 | 09/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015669 | $708.58 | $0.00 | $708.58 | 08/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 07/13/2022 | 2014628 | $1,318.93 | $0.00 | $1,318.93 | 08/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 05/17/2022 | 2012602 | $1,318.92 | $0.00 | $1,318.92 | 05/27/2022 |
| 520-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010527 | $659.47 | $0.00 | $659.47 | 03/31/2022 |
| 520-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009557 | $659.46 | $0.00 | $659.46 | 03/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $659.47 | $0.00 | $659.47 | 02/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $659.46 | $0.00 | $659.46 | 01/03/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $1,318.93 | $0.00 | $1,318.93 | 12/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005473 | $2,737.32 | $0.00 | $2,737.32 | 11/02/2021 |
| | | | | Sub-totals: | $34,306.03 | $0.00 | $34,306.03 | |
| | | | | Grand Total: | $34,306.03 | $0.00 | | |