| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Vito J. Pizzo |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 5:20-bk-02417-HWV |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** JPMorgan Chase Bank, National Association c/o Carrington Mortgage Services, LLC

**Court claim no. (if known):** 19 and 21*

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6184

**Property address:** 511 Harrison Avenue
Scranton, PA 18510

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 11/01/2025 (MM/DD/YYYY)

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due: (a) $ 0.00
b. Total fees, charges, expenses, escrow, and costs outstanding +(b) $ 0.00
c. **Total.** Add lines a and b (c) $ 0.00

Creditor asserts that the debtor(s) are contractually Obligated for the post-petition payment(s) that first became Due on: _____ (MM/DD/YYYY)

**\*Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim 21. However, this Response to Notice of Final Cure is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.**

Debtor 1 __Vito J. Pizzo__   Case number 5:20-bk-02417-HWV
First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Toni Townsend           Date  11/06/2025
Signature

Print  Toni Townsend           Title  Authorized Agent for the Creditor
First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  325 Chestnut Street, Suite 725
Number  Street

Philadelphia, PA 19106
City  State  Zip Code

Contact phone  (312) 346-9088 X5174           Email  Toni.Townsend@mccalla.com

| | |
|---|---|
| In Re:   Vito J. Pizzo | Bankruptcy Case No.:   5:20-bk-02417-HWV |
| | Chapter:   13 |
| | Chief Judge:   Henry W. Van Eck |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Vito J. Pizzo
511 Harrison Ave
Scranton, PA 18510-2311

Carlo E Sabatini, Esq.                    *(served via ECF Notification)*
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Jack N Zaharopoulos, Trustee              *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                     *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   11/06/2025    By:   /s/Toni Townsend
                 (date)              Toni Townsend,
                                     Authorized Agent for the Creditor