In re:  Case No. 20-02417-HWV
Vito J. Pizzo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Dec 10, 2025     Form ID: 3180W     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Vito J. Pizzo, 511 Harrison Ave, Scranton, PA 18510-2311 |
| cr | + | Fidelity Deposit & Discount Bank, 338 N. Washington Avenue, Scranton, PA 18503-1554 |
| 5351392 | | Amato & Keating, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 5351395 | | Bank Cs LLC/Fidelity D, 101 N Blakely St, Dunmore, PA 18512-1901 |
| 5461453 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5461452 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5387561 | + | Fidelity Deposit & Discount Bank, 338 North Washington Avenue, Scranton, PA 18503-1554 |
| 5427529 | + | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346, 800 Johnson Ave., Dickson City, PA 18519-1662 |
| 5351391 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5351390 | | Pizzo Vito J, 511 Harrison Ave, Scranton, PA 18510-2311 |
| 5351414 | + | The Sherwin Williams Co., 811 S Washington Ave, Scranton, PA 18505-3895 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 10 2025 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356101 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 18:51:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5351393 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 18:51:39 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5351394 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 18:51:34 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5351396 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 10 2025 18:42:33 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5732930 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 10 2025 18:42:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 5732931 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 10 2025 18:42:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio, c/o Carrington Mortgage Services, LLC |
| 5351397 | | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5353533 | | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | 28272-1083 |
| 5351398 | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5353707 | + EDI: DISCOVER | Dec 10 2025 23:44:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5351399 | EDI: DISCOVER | Dec 10 2025 23:44:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5351400 | EDI: DISCOVER | Dec 10 2025 23:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5351402 | Email/Text: ECF@fayservicing.com | Dec 10 2025 18:42:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 5714826 | Email/Text: ECF@fayservicing.com | Dec 10 2025 18:42:00 | JPMorgan Chase Bank, National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5714827 | Email/Text: ECF@fayservicing.com | Dec 10 2025 18:42:00 | JPMorgan Chase Bank, National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, JPMorgan Chase Bank, National Associatio |
| 5351403 | + Email/Text: ECF@fayservicing.com | Dec 10 2025 18:42:00 | Fayfinancial, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 5427297 | EDI: IRS.COM | Dec 10 2025 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5352450 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 18:51:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367162 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 18:51:34 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5351404 | Email/Text: amps@manleydeas.com | Dec 10 2025 18:42:00 | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 5387659 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 10 2025 18:42:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5371037 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 18:42:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 5351405 | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2025 18:42:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351406 | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2025 18:42:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5351407 | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 18:42:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5372416 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5351408 | EDI: AGFINANCE.COM | Dec 10 2025 23:44:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5351409 | EDI: AGFINANCE.COM | Dec 10 2025 23:44:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5383343 | EDI: PRA.COM | Dec 10 2025 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5352664 | EDI: PENNDEPTREV | Dec 10 2025 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5351410 | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2025 18:40:45 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5351411 | | EDI: SYNC | Dec 10 2025 23:44:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5351729 | + | EDI: AIS.COM | Dec 10 2025 23:44:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5351412 | | EDI: SYNC | Dec 10 2025 23:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5363034 | + | EDI: CBSTDR | Dec 10 2025 23:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5351413 | | EDI: TDBANKNORTH.COM | Dec 10 2025 23:44:00 | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 5374321 | | EDI: USBANKARS.COM | Dec 10 2025 23:44:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5351415 | | EDI: WFHOME | Dec 10 2025 23:44:00 | US Bank Trust National Association, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 5383409 | | ^ MEBN | Dec 10 2025 18:40:44 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5715220 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, JPMorgan Chase Bank, National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5715221 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, JPMorgan Chase Bank, National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, JPMorgan Chase Bank, National Associatio |
| 5388205 | *+ | Fidelity Deposit & Discount Bank, 338 North Washington Avenue, Scranton, PA 18503-1554 |
| 5387660 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5379006 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5351401 | ## | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: 3180W | Total Noticed: 51 |

Date: Dec 12, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Vito J. Pizzo usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jill E Durkin | on behalf of Creditor Fidelity Deposit & Discount Bank jilldurkinesq@gmail.com  psheldon@sheilslaw.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Laura Egerman | on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Vito J. Pizzo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1703<br>EIN  __–_____ |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  5:20–bk–02417–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vito J. Pizzo

12/10/25

**By the court:**  _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**